**Christopher BYFIELD, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (PHILADELPHIA HOUSING AUTHORITY), Respondent**

**No. 372 EAL 2016**

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.